**UNITED STATES DISTRICT COURT**

**DISTRICT OF MONTANA**

**BILLINGS DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| v. | ) | CV 11-117-BLG-RFC |
| | ) | |
| Edward Alvin White, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of the United States and against White, and that this action is DISMISSED.

Dated this 25th day of September, 2012.

PATRICK E. DUFFY, CLERK

By: /s/ T.A. Gesh
Deputy Clerk